The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTORIA PETERSON, | ) |
| | ) |
| Plaintiff, | ) NO. C05-5191 FDB |
| | ) |
| v. | ) STIPULATION AND ORDER OF |
| | ) DISMISSAL |
| UNIVERA, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION**

The parties to this action, by their attorneys of record, stipulate that the above-captioned action shall be dismissed with prejudice and without costs to either party.

DATED this 6th day of June, 2006.

KARR TUTTLE CAMPBELL

/s/Dean Peterson                              By /s/ Jennifer Burkhardt
Dean E. Peterson, WSBA #3105        Jennifer A. Burkhardt, WSBA #27437
Attorney for Plaintiff                          Sarah Kaltsounis, WSBA #34625
                                                         Attorneys for Defendants

NOTICE OF APPEARANCE - 1
[C05-5191 FDB]
#583839 v1 / 30410-004

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## ORDER

Based on the above stipulation of the parties, IT IS ORDERED:

1. The above-captioned action is dismissed with prejudice; and

2. No award of costs shall be made to either party.

DATED this 14th day of June 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

KARR TUTTLE CAMPBELL

By: /s/ Jennifer Burkhardt
    Jennifer A. Burkhardt, WSBA #27437
Attorneys for Defendant

Approved as to Form;
Notice of Presentation Waived:

By: /s/ Dean Peterson
    Dean E. Peterson, WSBA #3105

NOTICE OF APPEARANCE - 2
[C05-5191 FDB]
#583839 v1 / 30410-004

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | Attorneys for Plaintiff |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF APPEARANCE - 3
[C05-5191 FDB]
#583839 v1 / 30410-004

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: (no e-mail recipients currently listed), and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Dean E. Peterson
17416 Albany St. SW
Rochester, WA 98579

/s/Jennifer A. Burkhardt
of Karr Tuttle Campbell
Attorneys for Defendant
Telephone: 206/223-1313
Fax: 206/682-7100
email: jburkhardt@karrtuttle.com

NOTICE OF APPEARANCE - 4
[C05-5191 FDB]
#583839 v1 / 30410-004

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100